JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY FRANKS, | NO. SACV 15-00108 JVS (DFMx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CITY OF SANTA ANA, | |
| Defendants. | |

This action came on for hearing before the Court, on March 21, 2016, Honorable James V. Selna, District Judge Presiding, on a Motion for Summary Judgment or Summary Adjudication of Issues, filed on behalf of Defendant, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

///

///

///

///

///

///

1  In accordance with the Court's Order dated March 29, 2016, the City's Motion
2  for Summary Judgment is granted and,
3  IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff take
4  nothing, that the action be dismissed on the merits and that Defendant recover their
5  costs in an amount to be determined according to statute/code.

8  DATED: April 5, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Court Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I, Michele Koller, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California  92705-7101.

    On April 4, 2016, served the **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

Derek T. Anderson, Esq.<br>
**DEREK T. ANDERSON, ATTORNEY AT LAW**<br>
1850 Fifth Avenue<br>
San Diego, CA 92101<br>
Phone: 619-237-0099<br>
Fax: 619-237-0199<br>
Email: anderson_dt@hotmail.com

___ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) I filed the document with the U.S. District Court via the CM/ECF system.  Per ECF rules all individuals registered with the Court to receive notice of electronically filed documents will be served via electronic mail to the e-mail address they have on file with the Court.  Any individual who has not consented to electronic service will be provided copies via U.S. Mail to the address specified by the Court in the Notice of Electronic Filing generated upon completion of the document filing.

___ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2016, at Santa Ana, California.

                                                  /s/ Michele Koller              
                                                Michele Koller